PRESQUE COTE *v.* HENRY P. DEQUINDRE *et al.*

A debt due to two or more persons jointly, on the death of any of them, passes to the survivor or survivors, and not to the personal representatives of the deceased.

THE bill in this case was filed to foreclose a mortgage given by Louis Dequindre to Joseph Cote, Magdalene Cote, and the complainant, Presque Cote, to secure a debt of between ten and eleven hundred dollars. Joseph Cote and Magdalene Cote, two of the mortgagees, and Louis Dequindre, the mortgagor, were dead, and the surviving mortgagee, Presque Cote, filed his bill against Henry P. Dequindre and Anne Dequindre, heirs at law of Louis Dequindre, deceased, and four other persons claiming an interest in the mortgaged premises, as subsequent purchasers or incumbrancers. The last mentioned defendants demurred for want of equity, but, on the argument, assigned as a cause of demurrer, that the personal representatives of Joseph Cote and Magdalene Cote, were not made parties to the bill.

*J. S. Abbott,* in support of demurrer.

*A. W. Buel,* contra.

Ingersoll *v*. Kirby.

THE CHANCELLOR.    On the death of Joseph Cote and Magdalene Cote, the debt at law survived to the complainant, who alone could sue for it, or discharge the mortgage on receiving payment.    A debt due to two or more persons jointly, on the death of one or more of them, passes to the survivor or survivors, and not to the personal representatives of the deceased.    The administrator or executor of the deceased party, it is true, in nearly all cases, has in equity an interest in the money when collected, but that is no concern of the debtor, or mortgagor, who is bound to pay the survivor, in whom the legal interest is vested.    The interest in the mortgage survives.    *R. S.* 258, § 8, 9.

Demurrer overruled.